640

*Wilkinson, Frank J. Boudinot, John W. Cragun,* and *W. W. Pryor* for petitioner. *Solicitor General Biddle* for the United States.

No. 904. MORGAN ET AL. *v.* SUN OIL CO. ET AL. May 27, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Oliver J. Todd* for petitioners. *Messrs. Fred L. Williams* and *W. N. Foster* for respondents.

No. 922. EQUITABLE LIFE ASSURANCE SOCIETY *v.* ZOLINTAKIS ET AL. May 27, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Ernest D. Hurd* for petitioner. *Messrs. Calvin W. Rawlings* and *H. E. Wallace* for respondents.

No. 932. PITCHER *v.* METROPOLITAN LIFE INSURANCE CO. May 27, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Eberhard P. Deutsch* for petitioner.

No. 936. ITALIANO ET AL. *v.* FLORIDA. May 27, 1940. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. Kenneth I. McKay* for petitioners. *Mr. George Couper Gibbs,* Attorney General of Florida, for respondent.

No. 938. PARSONS ET AL. *v.* CHILDS ET AL., TRUSTEES. May 27, 1940. Petition for writ of certiorari to the Su-